AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Leonard Truck & Trailer Inc. <br><br> *Plaintiff(s)* <br> v. <br><br> Leonard Buildings and Truck Accessories, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:21 CV 2362 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Leonard Buildings and Truck Accessories
dba Leonard USA
dba www.leonardusa.com
580 N Andy Griffith Parkway
Mt. Airy, North Carolina 27030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David A. Welling, Esq.
Choken Welling LLP
3020 W. Market St.
Akron, Ohio 44333

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SANDY OPACICH, CLERK OF COURT

Date: December 20, 2021

/s/ Mattilyn P. Gorby
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:21 CV 2362

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Leonard Buildings and Truck Accessories
was received by me on *(date)* 12/20/2021.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons & Complaint served on 12/30/2021 via certified mail return receipt (see attached).

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1-6-2022

Server's signature

David A. Welling  Attorney
Printed name and title

3020 W. Market St, Akron, OH 44333
Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery 12-30-2021 |
| 1. Article Addressed to:<br>Leonard Buildings and Truck Accessories<br>dba Leonard USA<br>dba www.leonardusa.com<br>580 N Andy Griffith Parkway<br>Mt. Airy, North Carolina 27030 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 5599 9274 6706 83 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 1640 0002 2603 0474 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt



USPS TRACKING #

9590 9402 5599 9274 6706 83

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Choken Welling LLP
3020 W. Market St.
Akron, Ohio 44333

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10