# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LEONARD TRUCK & TRAILER, INC., ) | |
| ) | Case No. 4:21-cv-02362 |
| Plaintiff, ) | |
| ) | Judge Sara Lioi |
| v. ) | |
| ) | Magistrate Judge Amanda M. Knapp |
| LEONARD BUILDINGS AND TRUCK ) | |
| ACCESSORIES d/b/a LEONARD USA and ) | |
| d/b/a LEONARDUSA.COM; LEONARD ) | |
| ALUMINUM UTILITY BUILDINGS, LLC; ) | |
| and COPELEY CAPITAL MANAGEMENT | |
| INC., | |
| Defendants. | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in the court, and I appear in this case as counsel for Copeley Capital Management, Inc.

Dated: January 20, 2022                                Respectfully submitted,

*/s/ Travis L. Brannon*
Travis L. Brannon (0099290)
travis.brannon@klgates.com
**K&L GATES LLP**
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
Telephone: (412) 355-6500
Facsimile:  (412) 355-6501

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 20th day of January 2022, a true and correct copy of the foregoing *APPEARANCE OF COUNSEL* was electronically filed. Notice of this filing will be sent to all parties indicated on the electronic filing receipt. Parties may access this filing through the court system.

*/s/ Travis L. Brannon*

Travis L. Brannon (0099290)
*Counsel for Defendant Copeley Capital Management, Inc.*
