## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Leonard Truck & Trailer Inc., ) | |
| ) | Case No. 4:21-cv-02362-SL |
| Plaintiff, ) | |
| ) | Judge Sara Lioi |
| v. ) | |
| ) | |
| Leonard Buildings and Truck Accessories ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS LEONARD BUILDINGS' MOTION TO DISMISS

In accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Leonard Buildings and Truck Accessories and Leonard Aluminum Utility Buildings, LLC (collectively, "Leonard Buildings") move to dismiss Plaintiff Leonard Truck & Trailer Inc.'s complaint in its entirety, or, in the alternative, for limited expedited discovery pursuant to Federal Rule of Civil Procedure 26(d).

As explained more in the attached memorandum in support, which is incorporated here by reference, Plaintiff has failed to state a claim for trademark infringement even if its factual allegations are presumed true as Plaintiff inexplicably, and without justification, waited well beyond the two-year statutory period to sue.

The Court should grant this motion accordingly.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 25, 2022 | /s/ Matthew J. Cavanagh<br>Matthew J. Cavanagh (OH 0079522)<br>MCDONALD HOPKINS LLC<br>600 Superior Avenue, East, Ste. 2100<br>Cleveland, Ohio 44114<br>t 216.348.5400 │ f 216.348.5474<br>mcavanagh@mcdonaldhopkins.com<br><br>Claudia Ray*<br>Eric Loverro*<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>t 212.446.4800 │ f 212.446.4900<br>claudia.ray@kirkland.com<br>eric.loverro@kirkland.com<br><br>Robin McCue*<br>KIRKLAND & ELLIS LLP<br>300 N. LaSalle Street<br>Chicago, IL 60654<br>t 312.862.2000 │ f 312.862.2200<br>robin.mccue@kirkland.com<br><br>* *pro hac vice* application forthcoming<br><br>*Counsel for Defendants*<br>*Leonard Buildings and Truck and*<br>*Leonard Aluminum Utility Buildings, LLC* |