IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Leonard Truck & Trailer Inc. | Case No. 4:21cv2362 |
| Plaintiff(s), | |
| -vs- | Judge Sara Lioi |
| Leonard Buildings and Truck Accessories, et al | |
| Defendant(s) | NOTICE OF REFERRAL TO MEDIATION |

Pursuant to Section 16.6, et. seq., of the Local Rules of the United States District Court for the Northern District of Ohio and the Order of the Court issued on 11/3/22 ,the above referenced case has been referred to mediation.

In accordance with Local Rule 16.6(c)(1), enclosed for your review is a list of panel members appointed to the Federal Court Panel. Pursuant to Local Rule 16.6(c)(1), counsel shall confer with each other and electronically file a list of three agreed proposed mediators not later than 11/10/22 . All proposed names listed must be ranked in the order in which counsel/parties wish to have the proposed mediators contacted. The Agreed Mediation Ranking Sheet must be filed electronically by the date specified herein. If the Agreed Mediation Ranking Sheet is not an agreed selection by all parties or if the Agreed Mediation Ranking Sheet is not filed electronically by the date specified herein, counsel is hear by advised that the ADR Administrator will select and designate a mediator from the panel members appointed to the Federal Court Panel, pursuant to Local Rule 16.6 (c)(1).

*s/ Cylenthia Woodford*
ADR Administrator
801 West Superior Avenue
Cleveland, Ohio 44113
Phone: 216-357-7077
Facsimile: 216-357-7086
Email: OHND_ADR@ohnd.uscourts.gov